ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Defendants*

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD THOMAS JOSON,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC.; ALTERNATIVE LOAN TRUST 2006-36T2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-36T2; and DOES I-X, inclusive,<br><br>                Defendants. | Case No.:  2:12-cv-00710-GJM-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Diana S. Erb, Esq. (Nevada Bar No. 10580) is no longer associated with Akerman Senterfitt LLP and is no longer counsel in this case.  Ms. Erb should be

{24451933;1}

removed from all further notices.

The new attorney to be added and noticed of all further filings and hearings is as follows:

NATALIE L. WINSLOW, ESQ. (Nevada Bar No. 12125) natalie.winslow@akerman.com.

Dated this 2nd day of July, 2012.

**AKERMAN SENTERFITT LLP**

 /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendants*

SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATE: JULY 3, 2012

{24451933;1}

2